**FILED**

05/24/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0235

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 23-0235

NATHAN HARMON,

      Plaintiff and Appellee.

   vs.

                                    ORDER

DAVID E. GEE, DAVID A. GEE, NUVIEW
IRA, INC., f/b/o DAVID E. GEE and
NUVIEW IRA, INC., f/b/o DAVID A. GEE
IRA,

      Defendants and Appellants,

Defendants and Appellants have moved the Court for a 30-day extension for the filing of Appellant's Opening Brief on the basis that Appellants have negotiated a settlement agreement with a defaulted party to the underlying lawsuit from which this appeal comes, specifically Timothy Hyatt and Timothy Hyatt Ventures, LLC, which upon finalization will result in the Appellants' extinguishing their mortgage lien at issue in this action, thus eliminating the need for this appeal to proceed to briefing. Counsel for Appellee does not object to the motion.

Accordingly, for good cause shown IT IS THEREFORE ORDERED that Appellants' motion is GRANTED and Appellants shall file their Opening Brief on or before June 28, 2023.

The Clerk is directed to provide copies of this Order to all counsel of record.

Dated this _____ day of _____, 2023.

_____
Justice of the Supreme Court

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 24 2023